# EXHIBIT A



Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

**Via First-Class Mail**

[81 1 54197 ••••••••••••••••••••AUTO**5-DIGIT 60641
Laura Geisheker



April 14, 2025

**RE: Notice of Data Breach**

Dear Laura Geisheker,

Medical Express Ambulance Inc. D/B/A MedEx Ambulance ("MedEx") is writing to inform you of a recent data security incident that may have resulted in an unauthorized access to your sensitive personal information. We are providing you with details about the incident, steps we are taking in response, and resources available to help you protect against the potential misuse of your information. Please be assured MedEx takes the protection and proper use of your personal information very seriously.

## What Happened?

On March 18, 2024, MedEx experienced a network disruption that impacted the functionality and access of certain systems. Upon discovery of this incident, MedEx immediately disconnected all access to the network and promptly engaged a specialized third-party cybersecurity firm and IT personnel to assist with securing the environment, as well as, to conduct a comprehensive forensic investigation to determine the nature and scope of the incident. The forensic investigation determined that that personal information may have been acquired by the threat actor.

Based on these findings, MedEx decided to proceed with an analysis of the compromised data for any potential sensitive personal information ("PII") or protected health information ("PHI"). MedEx engaged a third-party vendor to review the data that was compromised. The data mining process took some time given the complexities of the types and the volume of the data analyzed, requiring multiple phases of automated and manual review. On March 3, 2025, MedEx engaged a third-party notice vendor to assist with the mailings, call center, and provide identity theft protection services. Thereafter, MedEx worked to verify the patient information and addresses for mailing. On March 19, 2025, MedEx finalized the list of individuals to notify.

## What Information was Involved?

Although MedEx has no evidence that any sensitive information has been misused by third parties as a result of this incident, we are notifying you out of an abundance of caution and for purposes of full transparency. The information impacted varied by individual. Based on the investigation, the following information related to you may have been subject to unauthorized access: Name, Date of Birth, Social Security Number, Driver's License or State ID, Medical Information and Health Insurance Information.