# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Laura Geisheker

                        Plaintiff,

v.                                                 Case No.: 1:25−cv−06088

                                                           Honorable LaShonda A. Hunt

Medical Express Ambulance Service, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: This case has been assigned to the calendar of Judge Hunt. The Court questions whether Plaintiff has sufficiently pled the requirements for federal jurisdiction. The civil cover sheet, (Dkt. [1−1]), states that the basis for jurisdiction is diversity. Yet, the complaint states that both parties are citizens of Illinois; therefore diversity jurisdiction is not proper. (*See* Dkt. [1] 19−20). In addition, the complaint declares that federal subject matter jurisdiction is proper under "Ill. Const, Art. VI § 9." (Dkt. [1] 22). However, the Illinois Constitution is not a proper basis for jurisdiction in federal court. Based on the allegations in the complaint, the most likely basis for federal jurisdiction is the Class Action Fairness Act ("CAFA"), which provides that federal jurisdiction is proper where: (1) the amount−in−controversy is over $5M; and, *inter alia*, (2) any member of the class of plaintiffs is a citizen of a state other than any defendant, *i.e.*, not Illinois. *See* 28 U.S.C. 1332(d)(2). Accordingly, the Court orders Plaintiff to file an amended complaint that properly alleges federal jurisdiction by 6/11/25. Failure to do so will result in dismissal of this case without prejudice. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.