UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Laura Geisheker

                    Plaintiff,

v.                                                     Case No.: 1:25−cv−06088
                                                     Honorable LaShonda A. Hunt

Medical Express Ambulance Service, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: On 6/4/25, the Court entered a minute order [4] questioning whether Plaintiff had adequately alleged a basis for federal jurisdiction and ordered Plaintiff to file an amended complaint by 6/11/25. To date, Plaintiff has failed to respond. The operative complaint involves non−diverse parties seeking redress for alleged violations of the Illinois Constitution. Neither ground is sufficient to invoke federal jurisdiction. Accordingly, pursuant to Fed. R. Civ. P. 12(h)(3), the complaint is dismissed without prejudice for lack of subject matter jurisdiction. Civil case terminated. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.